IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| BIGLER LP, ET AL. § | CASE NO. 09-38188 |
| DEBTORS § | |
| § | CHAPTER 11 JOINTLY ADMINISTERED |
| § | |
| AMEGY BANK NATIONAL ASSOCIATION § | ADVERSARY NUMBER |
| PLAINTIFF § | 10-03304 |
| § | |
| VS. § | |
| § | |
| NEAL CONSTRUCTION CO., INC. ET AL. § | |
| § | |
| DEFENDANTS § | |

**ANSWER TO ORIGINAL COMPLAINT
FOR DECLARATORY JUDGMENT AND
TO DETERMINE EXTENT, VALIDITY AND PRIORITY OF M&M LIENS**

Comes now, Neal Construction Co., Inc. ("Neal") by and through its attorney of record and files this Answer to Original Complaint for Declaratory Judgment and to Determine Extent, Validity, and Priority of M & M Liens and would show unto the Court as follows:

1. Neal admits the allegations contained in paragraphs 1, 2, 19, 28, 29, 35, 37(15) and 45 of the Complaint.

2. Neal cannot admit or deny the allegations contained in paragraphs 4, 30, 31, 32, 33, 34, 36, and paragraph 37(1) (2) (3) (4) (5) (6) (7) (8) (9) (10) (11) (12) (13) (14) (16) (17) (18) (19) (20) (21) (22) (23), paragraphs 38, 39, 40, 43, 44, 46, 47, 48, 49, 52, 53, 54, and 56, of the Complaint and demands strict proof thereof.

3. No response is required as a matter of law to paragraphs 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 42, 50, 51, 55, 58, and 60.

4.  Neal denies all of the allegations contained in paragraphs 41, 57, and 59 of the Complaint and demands strict proof thereof. In response to paragraph 41, Neal filed its Proofs of Claims on May 10, 2010 and said claims are docketed under Claim Numbers 118, 119 and 120.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Neal prays that this Court deny all relief sought in Amegy Bank National Association's Original Complaint for Declaratory Judgment and to Determine Extent, Validity and Priority of M & M Liens against Neal Construction Co., Inc. and that Neal have other and further relief at law or in equity, general or special, to which they may show themselves justly entitled.

DATED this the 5th day of August, 2010

Robert C. Stokes
5851 San Felipe, Suite 950
Houston, TX 77057
(713) 266-4190
(713) 266-4189 facsimile

By:  /s/ Robert C. Stokes
     TBA #19274000

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of August, 2010, a true and correct copy of the Answer to Original Complaint for Declaratory Judgment and to Determine Extent, Validity and Priority of M & M Liens was served via first class mail, postage prepaid on Attorney for Amegy Bank National Association, Cynthia A. Holub, Porter & Hedges, L.L.P., 1000 Main Street, 36th Floor, Houston, TX 77002.

      /s/ Robert C. Stokes
      ROBERT C. STOKES