IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § | |
| BIGLER LP; | § | Case No. 09-38188 |
| BIGLER LAND, LLC; | § | Case No. 09-38189 |
| BIGLER PETROCHEMICAL, LP; | § | Case No. 09-38190 |
| BIGLER PLANT SERVICES, LP; | § | Case No. 09-38192 |
| BIGLER TERMINALS, LP | § § | Case No. 09-38194 |
| | § | Chapter 11 |
| Debtors. | § § | JOINTLY ADMINISTERED UNDER CASE NO. 09-38188 |
| Amegy Bank National Association | § § | |
| Plaintiff | § § | |
| v. | § § | Adv. Pro. No. 10-03304 |
| Brazos M&E, Ltd., *et al.*, | § § | |
| Defendants. | § § | |

**STIPULATION AND ORDER REGARDING SUPERIORITY OF AMEGY'S LIENS
AND DISMISSAL OF ADVERSARY PROCEEDING AS TO
MOBLEY INDUSTRIAL SERVICES, INC.**

Amegy Bank National Association ("Amegy"), Plaintiff in the above captioned adversary proceeding, and Defendant Mobley Industrial Services, Inc. ("Mobley") (collectively "Parties") hereby stipulate and agree as follows:

WHEREAS, on October 30, 2009 (the "Petition Date"), each of Bigler LP ("Bigler"), Bigler Land, LLC ("Land"), Bigler Petrochemical, LP, Bigler Plant Services, LP and Bigler Terminals, LP (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas;

WHEREAS, on December 9, 2009, the Court entered its Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 (i) Approving Use of Cash Collateral; (ii) Granting Adequate Protection to Certain Prepetition Secured Parties; (iii) Authorizing Debtors to (a) Obtain Post-Petition Financing, and (b) Grant Senior Liens, Junior Liens and Superpriority Administrative Expense Status; and (iv) Granting Related Relief [Doc. No. 123] (the "Financing

1977682v1

Order"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Financing Order;

WHEREAS, Mobley filed a mechanic's lien in the real property records of Harris County, Texas under Clerk's File No. 20090471997 on October 15, 2009 in the amount of $108,036.39; and

WHEREAS, the Parties to this Stipulation and Order are in agreement as to the priority of the Parties' lien claims on the Debtors' assets and have agreed to the stipulation and agreement set forth herein.

NOW, THEREFORE, THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:

1. Any and all liens, security interests, claims, rights and interests owned, claimed, held, filed, or to be owned, claimed, held or filed by Mobley, including, but not limited to, that certain mechanic's lien filed on October 15, 2009 in the real property records of Harris County, Texas under clerk's file number 20090471997 and any and all constitutional liens, against any and all of the Debtors' real property and improvements now or hereafter located thereon or against any other assets of Debtors (collectively, the "Property") are and shall be at all times junior, inferior and subordinate in all respects to the Pre-Petition Liens, the Replacement Liens and the DIP Liens granted to Amegy, for itself as a lender and as the Pre-Petition Agent, under the Pre-Petition Loan Documents and the DIP Documents.

2. Pursuant to Fed. R. Civ. P. 41(a), made applicable to this proceeding by Fed. R. Bankr. P. 7041, Mobley Industrial Services, Inc. is hereby dismissed from the instant adversary proceeding, with each of the parties to bear their own costs, fees and expenses.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2010.

                                                 HONORABLE JEFF BOHM
                                                 UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND SUBMITTED BY:

_____
**James Matthew Vaughn**
State Bar No. 24028088
**Cynthia A. Holub**
State Bar No. 00796773
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002
713-226-6000
713-228-1331 – facsimile

Attorneys for Amegy Bank
National Association


AND

_____
C. Larry Carbo, III
State Bar No. 24031916
Chamberlain, Hrdlicka, White, Williams & Martin, LLP
1200 Smith Street, 14th Floor
Houston, Tx 77002
713-356-1712
713-658-2553 – facsimile

Attorneys for Mobley Industrial
Services, Inc.